LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-01334 GAF (RZx) | Date | March 31, 2014 |
|---|---|---|---|
| Title | Cynthia A. Ziemer v. Wells Fargo Bank, N.A. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers)**

### ORDER RE: CASE MANAGEMENT

The Court is in receipt of Defendant's motions to dismiss and to strike. (Docket Nos. 6, 7.) However, several pages from Plaintiff's complaint—necessary to the resolution of these motions, and submitted with Defendant's notice of removal—are missing from the docket. Specifically, pages 28, 31, and 38 are missing from Plaintiff's original complaint. (Docket No. 1, Ex. A.) Accordingly, Defendant Wells Fargo Bank, N.A., shall re-submit Exhibit A in its entirety, ensuring that all pages of Plaintiff's complaint are included. Defendant shall do so no later than **Wednesday, April 2, 2014**.

   **IT IS SO ORDERED**.