1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

| | |
|---|---|
| 11   CYNTHIA A. ZIEMER, | CASE NO.: 2:14-cv-01334-GAF (RZx) |
| 12              Plaintiff, | |
| 13       v. | **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |
| 14   WELLS FARGO BANK, N.A., CAL-WESTERN RECONVEYANCE | |
| 15   CORPORATION and DOES 1 through 20, inclusive, and all persons unknown | [Assigned to the Honorable Gary A. Feess] |
| 16   claiming any legal or equitable right, title, estate, lien, or interest in the | |
| 17   property described in the complaint adverse to Plaintiffs' title, or cloud on | |
| 18   Plaintiffs' title thereto, named as DOES 21-100, inclusive, | |
| 19              Defendants. | |

20

21      On April 3, 2014, the Court entered an Order granting the Motion to Dismiss

22   Complaint dismissing the Complaint with prejudice and denying the Motion to

23   Strike, filed by defendant WELLS FARGO BANK, N.A., successor by merger

24   with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a

25   World Savings Bank, FSB ("Wells Fargo").

26   Accordingly:

27   / / /

28   / / /

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.    The Complaint is dismissed with prejudice;

2.    The Motion to Strike is denied;

3.    Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and;

4.    Plaintiff Cynthia Ziemer shall recover nothing in this action from defendant Wells Fargo.

Dated:  April 11, 2014

_____

THE HON. GARY A. FEESS
 UNITED STATES DISTRICT JUDGE